```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MARYLAND


ARTHUR STONER                      *

     V.                            *   CIVIL NO. SKG-09-73

PROFESSIONAL RECOVERY SERVICES,    *
INC.
                                   *
```

## JUDGMENT

Pursuant to plaintiff's acceptance of Defendant's Offer of Judgment Under Federal Rule of Civil Procedure 68, judgment is hereby entered for plaintiff in the amount of $3,000.00 with reasonable attorney's fees and costs incurred by plaintiff.

It is so ORDERED this <u>2nd</u> day of June, 2009.

```
                          _____/s/_____
                          Susan K. Gauvey
                          United States Magistrate Judge
```